# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Putnam, Terry M. | United States District Court, Northern Alabama | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2011 to 12/31/2011 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Law Professor | Cumberland School of Law, Samford University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Cumberland School of Law, Samford University -- teaching | $11,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-Emplyed Art Teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Michael and Ann Warren | kitchen cabinets (See Part VIII). | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Commercial Bank (all accounts) | A | Interest | K | T | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. ---Columbia Funds. Trust III, Liberty Fund (mutual fund) | A | Dividend | | | Merged (with line 8) | 05/02/11 | J | | |
| 4. ---Columbia Funds Series XI Dividend Income (mutual fund) | A | Dividend | K | T | | | | | |
| 5. ---Columbia Funds Series XI Disciplined Fund (mutual fund) | A | Dividend | | | Merged (with line 7) | 03/14/11 | K | | |
| 6. ---Wells Fargo Bank, NA (cash in account) | A | Int./Div. | J | T | | | | | |
| 7. ---Columbia Funds Trust II Mass-Large Value Quant. (mutual) | A | Dividend | K | T | Buy | 03/14/11 | K | | |
| 8. ---Columbia Funds Lifegoal Balanced Growth Class A (mutual) | A | Dividend | J | T | Buy | 05/02/11 | J | | |
| 9. Northwestern Mutual Life Insurance Co. | B | Dividend | L | T | | | | | |
| 10. IRA #2 | | | | | | | | | |
| 11. ---Charles Scwab & Co (cash in account) | A | Int./Div. | J | T | | | | | |
| 12. ---American Software, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 13. ---Bristol-Myers Squibb Co (common stock) | A | Dividend | | | Sold | 08/09/11 | J | A | |
| 14. --- Boeing Co (common stock) | A | Dividend | | | Sold | 08/04/11 | J | A | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V. Gifts. During the fall of 2011, my wife and I were planning the renovation of our kitchen, and we engaged the services of a decorator, Mary Rooney, to assist. Mary was aware that the Warrens were in the process of renovating their kitchen and were removing and discarding their old cabinets. Mary proposed that we salvage the cabinets as they were only a few years old. The Warrens were clear that the cabinets were to be discarded and junked, unless we wanted them. We inspected the cabinets and agreed with the Warrens to take them once the Warrens removed them from their kitchen. They did so during the fall of 2011, and we then stored the cabinets unti they were installed in our renovated kitchen in 2012. In return for the cabinets, the Warrens asked only that we make a charitable donation to tornado relief in Alabama, and we have done so. Although I do not believe the cabinets constituted a gift, as they were salvaged by our decorator from being junked, I make this disclosure out of an abundance of caution. Neither my wife nor I had any previous relationship with the Warrens, nor do we continue to have any relationship with them now. The Warrens have never appeared before me in court, and in the unlikely event they might do so, I will recuse myself. We were introduced to them by our decorator, Mary Rooney, for the purpose of deciding whether we were interested in salvaging their old cabinets. Other parts (cabinets and countertops) salvaged from the Warrens' kitchen were used by at least two other of Mary's clients in their kitchens. As the cabinets were being removed and discarded by the Warrens, I can only estimate their value.

Part VII. Investments and Trusts. At lines 3 and 8 is reflected the merger of my Columbia Funds, Trust III, Liberty Fund mutual fund into the Columbia Funds Lifegoal Balanced Growth Portfolio, Class A mutual fund. The shares in the former were exchanged for an equivalent amount of shares in the latter on May 2, 2011.

Part VII. Investments and Trusts. At lines 5 and 7 is reflected the merger of my Columbia Funds Series XI Disiciplined Fund mutual fund into the Columbia Funds Trust II Mass-Large Value Quantitative Fund, Class A mutual fund. The shares in the former were exchanged for an equivalent amount of shares in the latter on March 14, 2011.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Putnam, Terry M. | 05/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Terry M. Putnam**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544